**TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, Appellant,**

v.

**MILLER MANUFACTURING COMPANY, a Michigan corporation, Appellee.**

**No. 14173.**

United States Court of Appeals
Sixth Circuit.

April 8, 1960.

Mansfield, DeWitt & Sulzbach, Detroit, Mich., for appellant.

Markle & Markle, Detroit, Mich., for appellee.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

PER CURIAM.

The motion of appellee to dismiss the appeal from an order of the District Court granting separate trials of the issues raised by the complaint and the third-party complaint is hereby granted on the ground that the order sought to

be reviewed is not a final appealable order, but is an interlocutory order relating to a collateral matter not involving an extraordinary situation. Kowalski v. Holden, 6 Cir., 1960, 276 F.2d 359; McPherson v. Hoffman, 6 Cir., 1960, 275 F.2d 466 and Regec v. Thornton, 6 Cir., 1960, 275 F.2d 801.